**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JEREMIE COX, Derivatively on Behalf of VOYA GLOBAL REAL ESTATE FUND f/k/a ING GLOBAL REAL ESTATE FUND, | ) ) ) ) ) | Case No.: |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VOYA INVESTMENTS, LLC f/k/a ING INVESTMENTS, LLC and VOYA FUNDS SERVICES, LLC f/k/a ING FUNDS SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION TO SEAL PLAINTIFF'S VERIFIED COMPLAINT

Pursuant to Local Rule 5.1.3 of the Local Rules of Civil Practice and Procedure of the U.S. District Court for the District of Delaware ("Local Rule") and the section (G)(1) of the Revised Administrative Procedures Governing Filing and Service by Electronic Means ("CM/ECF Procedure"), counsel for plaintiff Jeremie Cox ("Plaintiff") respectfully submits this Motion to Seal Plaintiff's Complaint ("Motion").  In support of this Motion, Plaintiff states the following:

1.      This Motion is being brought before this Court pursuant to the Stipulation and Order Governing the Protection and Exchange of Confidential Material (the "Protective Order") under Rule 26(c) of the Federal Rules of Civil Procedure entered by the Honorable Sue L. Robinson on October 14, 2014 in the related action, *Cox v. INV Investments LLC*, Case No. 1:13-cv-01521-SLR (D. Del.) (the "Related Action").

{FG-W0387562.}

2.      In discovery, Plaintiff served on defendants in the Related Action requests for production seeking certain of defendants' internal documents.  Defendants in the Related Action agreed to produce documents responsive to Plaintiff's requests, subject to Plaintiff entering into a protective order by which defendants could mark documents and their contents confidential. Plaintiff and defendants entered into the Protective Order, which the Court entered on October 14, 2014, and defendants produced documents that they marked confidential.  Certain allegations in the Complaint (the "Complaint") are derived from the documents defendants marked as confidential pursuant to the Protective Order.  Because the Protective Order requires Plaintiff to file any complaint containing the information defendants marked as confidential under seal, there is good cause to provisionally seal the Complaint.

3.      Plaintiff is submitting the Complaint under seal because certain information in the Complaint has been identified by defendants as confidential, and Plaintiff takes no position on the appropriateness of the designations at this time.  Plaintiff requests that the Court allow Plaintiff's Complaint to be filed under seal to avoid the potential that certain confidential information would be disclosed in Plaintiff's publicly filed documents.

4.      The order to seal can be lifted on the earliest of agreement of the parties, further order of the Court consistent with the procedures set out in the Protective Order, or upon return of the materials to the parties at the close of the case.

5.      Under Local Rule 5.1.3, which requires Court approval before submitting confidential materials under seal, Plaintiff will submit these documents promptly to the Court should the Court grant this Motion.  On the date this Motion was filed, Plaintiff's counsel served this Motion, the accompanying declaration of Joel Friedlander, and the proposed order on defendants.

{FG-W0387562.}

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and the relief requested herein.

FRIEDLANDER & GORRIS, P.A.

/s/ Joel Friedlander
Joel Friedlander (Bar No. 3163)
Christopher M. Foulds (Bar No. 5169)
Benjamin P. Chapple (Bar No. 5871)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
jfriedlander@friedlandergorris.com
cfoulds@friedlandergorris.com
bchapple@friedlandergorris.com

Attorneys for Plaintiff

OF COUNSEL:

ROBBINS ARROYO LLP
Brian J. Robbins
Stephen J. Oddo
Edward B. Gerard
Justin D. Rieger
600 B Street, Suite 1900
San Diego, CA 92101
(619) 525-3990

DATED: March 13, 2015

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JEREMIE COX, Derivatively on Behalf of VOYA GLOBAL REAL ESTATE FUND f/k/a ING GLOBAL REAL ESTATE FUND, | ) ) ) ) ) | Case No.: |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VOYA INVESTMENTS, LLC f/k/a ING INVESTMENTS, LLC and VOYA FUNDS SERVICES, LLC f/k/a ING FUNDS SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER TO SEAL PLAINTIFF'S COMPLAINT

THIS MATTER having been brought before this Court by plaintiff Jeremie Cox ("Plaintiff") for an order sealing his Complaint; and good and sufficient reason appearing therefore,

IT IS on this ____ day of March, 2015 ORDERED AS FOLLOWS:

1.      Plaintiff's Complaint shall be filed under seal pursuant to the Stipulation and Order Governing the Protection and Exchange of Confidential Material entered by the the Honorable Sue L. Robinson on October 14, 2014 in the related action, *Cox v. INV Investments LLC*, Case No. 1:13-cv-01521-SLR (D. Del.).

2.      A copy of this order shall be provided to all counsel within ____ days of receipt of this order by counsel for Plaintiff.

_____
JUDGE OF THE DISTRICT COURT